**DOMINANT INVESTMENTS 113, LLC, Plaintiff-Appellant,**

v.

**UNITED STATES LIABILITY INSURANCE COMPANY, Defendant-Appellee.**

No. 17-1517

United States Court of Appeals, Fourth Circuit.

Submitted: November 30, 2017

Decided: December 22, 2017

C. Thomas Brown, SILVER & BROWN, Fairfax, Virginia, for Appellant. Stacey A. Moffet, ECCLESTON & WOLF, P.C., Hanover, Maryland, for Appellee.

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiff Dominant Investments 113, LLC, appeals the district court's order granting summary judgment to Defendant United States Liability Insurance Company on Dominant's claims for breach of contract and breach of the duty of good faith pursuant to Md. Code Ann., Cts. & Jud. Proc. § 3-1701 (West 2013). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dominant Invs. 113, LLC v. U.S. Liab. Ins. Co.*, 247 F.Supp.3d 696 (D. Md. 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*